# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUGH WEBSTER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-06-498-SPS |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## OPINION AND ORDER AWARDING ATTORNEYS' FEES TO THE PLAINTIFF UNDER THE EAJA

The Plaintiff was the prevailing party in this appeal of the Commissioner of the Social Security Administration's decision denying benefits under the Social Security Act. He seeks an award of attorney's fees in the amount of $6,359.60 under the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. *See* Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 21]. The Commissioner indicates that he has no objection to an award of $6,359.60 to the Plaintiff.

Accordingly, Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 21] is hereby GRANTED and attorney's fees are awarded to the Plaintiff as the prevailing party under the EAJA in the amount of $6,359.60.

**IT IS SO ORDERED** this 18th day of June, 2008.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**